**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>VINEYARD OFFICE PARK,<br><br>　　　　　Defendants. | Case No. 5:16-cv-00721 VAP (DTBx)<br><br>**ORDER OF DISMISSAL** |

　　　The Court having been advised by counsel for the parties that the above-entitled action has settled,

　　　**IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

　　　THE COURT to retain jurisdiction for a period of **sixty (60) days** to enforce the terms of the settlement. Pretrial Conference set October 9, 2017, and Court Trial set October 17, 2017, are hereby **VACATED.**

Dated:  October 16, 2016　　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm